IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VINCENT THOMPSON,<br>Defendant. | Cause No. CR-26-68<br><br>ORDER ALLOWING ZOOM APPEARANCE |

Counsel for Defendant having filed a Motion to appear to the Arraignment via Zoom, with good cause appearing therefore:

IT IS HEREBY ORDERED that Counsel be allowed to appear to the Arraignment on October 27, 2026 via Zoom.

DATED this 23rd day of October, 2026

John Johnston
United States Magistrate Judge